THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RONALD CLARK, Defendant-Appellant.

(No. 59886;

First District (4th Division)—June 25, 1975.

Opinion by Mr. JUSTICE ADESKO.

James J. Doherty, Public Defender, of Chicago (Michael Mikula and Ira Churgin, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Robert Handelsman, Assistant State's Attorneys, of counsel), for the People.